UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 FEB 12 P 4: 48
US DIS...
BRI...

LANNY MARDEN

V.

WARDEN MYERS, ET AL.

PRISONER
CASE NO. 3:02CV570 (GLG)(WIG)

RULING ON PENDING MOTION

Pending before the court is the defendants' motion for protective order. The defendants seek a protective order extending the permissible time in which to respond to the plaintiff's pending discovery requests until thirty days after the court's ruling on the motion to dismiss. The plaintiff has not filed a response to this motion. Thus, the Renewed Motion for Protective Order [doc. #29] is GRANTED absent objection.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 12 day of February, 2004.

William I. Garfinkel
United States Magistrate Judge