UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| | : | NO. 3:02CV570(GLG) |
| VS. | : | |
| | : | |
| WARDEN LARRY MYERS ET AL | : | APRIL 1, 2004 |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO DISCOVERY REQUESTS AND COMPLAINT**

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including May 2, 2004 within which to respond to plaintiff's discovery requests and file a responsive pleading. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to respond to plaintiff's discovery requests that has been filed in this case. This is the first motion for an extension of time to file a response to the complaint since the Court's ruling on the defendants' Motion To Dismiss. On March 2, 2004, the Court ruled on the defendants' Motion to Dismiss, with discovery responses being due thirty days thereafter. The undersigned counsel did not receive this ruling, however, until March 9, leaving only 23 days;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and,

  3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

              DEFENDANTS,
              Warden Larry Myers, et al.

              RICHARD BLUMENTHAL
              ATTORNEY GENERAL

              BY:  /s/_____
              Lynn D. Wittenbrink
              Assistant Attorney General
              Federal Bar No. ct08575
              110 Sherman Street
              Hartford, CT  06105
              Telephone No. (860) 808-5450
              Fax No. (860) 808-5591
              lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 1st day of April, 2004, to:

Lanny Marden, Inmate No. 181275
Carl Robinson Correctional Institution
285 Shaker Road, PO Box 1400
Enfield, CT  06082-1400

               /s/_____
              Lynn D. Wittenbrink
              Assistant Attorney General