UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LANNY MARDEN

                                          PRISONER

V.                      Case Number:  3:02cv570(GLG)

WARDEN LARRY MYERS, ET AL

**ORDER**

Doc. #35  Motion for extension of time until **5/2/04** to respond to Discovery and Complaint **ORDERED ACCORDINGLY**.

Dated at Bridgeport, Connecticut, April 14, 2004.

KEVIN F. ROWE, CLERK

By: /s/_____
        Mary E. Larsen
        Deputy Clerk