UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| | : | 3:02CV570(GLG)(WIG) |
| VS. | : | |
| | : | |
| LARRY MYERS, ET AL | : | APRIL 19, 2004 |

**MOTION TO DEPOSE INCARCERATED PERSON**

Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, the defendants in this matter request leave of the Court to depose the plaintiff, Earl Bates, a person confined at Osborn Correctional Institution, 335 Bilton Road, Somers, Connecticut, on May 26, 2004, at 10:00 AM at said prison, and/or such further dates and locations as necessary, until such deposition is completed.  The discovery period in this matter has not yet ended, and this matter is not scheduled for trial.

Defendants seek an opportunity to discover the nature and basis of plaintiff's claims in order to prepare for the trial of this matter.

**WHEREFORE**, defendants respectfully request leave to depose Earl Bates, a person confined in prison.

DEFENDANTS
Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct08575
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-mail:  lynn.wittenbrink@po.state.ct.us

2

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of April 2004:

Lanny Marden, Inmate No. 18127
Osborn Correctional Institution
335 Bilton Road, PO Box 100
Somers, CT 06071

                                                                                 /s/_____
                                                                                 Lynn D. Wittenbrink
                                                                                 Assistant Attorney General