UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| | | 3:02CV570(GLG) |
| v. | : | |
| WARDEN LARRY MYERS ET AL | : | May 3, 2004 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS AND TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including June 1, 2004, within which to respond to plaintiff's discovery requests and to file a responsive pleading. In support of this motion, the defendants represent the following:

1.   This is the second motion for an extension of time within which to respond to plaintiff's discovery requests and to file a responsive pleading that has been filed in this case. A discovery response has already been filed by the defendant Dr. Pesanti, and the undersigned counsel has met with two of the defendants, Dr. Pesanti and Cheryl Malcolm, in order to prepare an answer to the complaint. The undersigned counsel has meetings scheduled with the remaining defendants during the course of this week in order to comply the plaintiff's several discovery requests and prepare an answer to the lengthy Amended Complaint.

2.   Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and

3.   Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

        DEFENDANTS,
Warden Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:___/s/_____
   Lynn D. Wittenbrink
   Assistant Attorney General
   Federal Bar No. 08575
   110 Sherman Street
   Hartford, CT 06105
   Tel. No. (860) 808-5450
   Fax No. (860) 808-5591
  lynn.wittenbrink@po.state.ct.us


## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 3d day of May, 2004, to:

Lanny Marden, Inmate No. 181275
Osborn Correctional Institution
P.O. Box 100
Somers CT 06071


___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General