## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LANNY MARDEN | : |
| | :       **PRISONER** |
| v. | :   Case No. 3:02CV570(GLG)(WIG) |
| | : |
| LARRY MYERS, et al. | : |

## RULING AND ORDER

Defendants seek leave to depose plaintiff, Lanny Marden, on May 26, 2004.

Defendants' motion [**doc. #37**] is **GRANTED**.

**SO ORDERED**.

Entered this 20th day of May, 2004, at Bridgeport, Connecticut.

                                          */S/ William I. Garfinkel*
                                          WILLIAM I. GARFINKEL
                                          UNITED STATES MAGISTRATE JUDGE