# FILED

2004 JUN -4 P 4: 18

US DIST.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
|    Plaintiff | : | CIVIL NO. 3:02CV570 (GLG) (WIG) |
| V. | | |
| WARDEN LARRY J. MYERS, ET. AL | : | JUNE 3, 2004 |
|    Defendants | | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Local Rule 7 (b), the plaintiff respectfully requests an extension of the time within which he must serve a response to the defendants' interrogatories and requests for production. The response currently is due June 6, 2004. The plaintiff requests that the time for serving the response be extended by thirty (30) days, up to and including July 6, 2004. In support of his request, the plaintiff submits the following.

1. The plaintiff, who is incarcerated, filed this action pro se.

2. On May 6, 2004, the defendants served the plaintiff with interrogatories and requests for production.

3. The plaintiff has requested help from Inmates' Legal Assistance Program (ILAP) in regard to responding to the discovery requests.

4. ILAP needs more time to prepare a response to the discovery requests.

5.  Attorney Richard '. Cahill of ILAP inquired of the defendants' counsel, Assistant Attorney General Lynn D. Wittenbrink, who has no objection to the granting of this motion.

6.  No previous motions for extension of time have been filed by the moving party with respect to the same limitation.

THE PLAINTIFF

_Lanny Marsell_

Lanny Marden, pro se
Inmate #181275
Osborn Correctional Institution
335 Bilton Road, P.O. Box 100
Somers, CT 06071

Although not appearing herein, the undersigned
assisted in the preparation of this motion:

_Richard P. Cahill_

Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this __4ᵗʰ__ day of June, 2004, to the following counsel of record:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Lanny Marden