UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lanny Marden | : | PRISONER |
| | | 3:02CV570(RNC) |
| v. | : | |
| Larry J. Myers, et al | : | JULY 2, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter hereby respectfully move for an additional 45 days, up to and including August 16, 2004 within which to file their Motion for Summary Judgment. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to file a Motion for Summary Judgment in this matter.

2. Discovery in this matter is not completed. While the defendants have complied with written discovery requests directed to each of them, the plaintiff has not complied with written discovery issued to him. He has filed one motion for an extension of time and, through Inmates' Legal Assistance, has inquired as to the defendants' position with regard to a second such motion. More importantly, the plaintiff declined to be deposed after the Court had granted a motion for permission for his deposition on June 21, 2004. The plaintiff stated that he intended to file another motion for the appointment of counsel and would not be deposed without counsel.

Accordingly, the defendants have not yet had the opportunity to depose the plaintiff preparatory to their summary judgment motion.[1]

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

                              DEFENDANTS
                              Larry Myers, et al
                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY:   /s/_____
       Lynn D. Wittenbrink
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct08575
       lynn.wittenbrink@po.state.ct.us
       Tel: (860) 808-5450
       Fax: (860) 808-5591

---

[1] A transcript of the statements made on the record at the attempted deposition of the plaintiff has not yet been provided to the defendants. At such time as the transcript is available, the defendants intend to make a Motion to Compel and for Costs.

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 2d day of July 2004:

**Lanny Marden**
Inmate 181275
Osborn Correctional Institution[2]
PO Box 100
Somers, CT
06071

                                              /s/
                                              Lynn D. Wittenbrink
                                              Assistant Attorney General

---

[2]     Although the court's docket sheet lists the plaintiff's address at Carl Robinson Correctional Institution, Department of Correction records indicate the plaintiff is currently at Osborn Correctional Institution, where the attempted deposition recently took place.