# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT



FILED
2004 JUL 19 P 3:33
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Lanny Marden
_____
Name of Plaintiff/Petitioner

v.                                          Case No. <u>3:02CV570 (GLG)(WIG)</u>

Warden Larry J. Myers, et. al
_____
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

### PERSONAL/FINANCIAL DATA

1. Your full name: <u>Lanny Marden</u>

   Your present mailing address: <u>Osborn Correctional Institution;</u>

   <u>335 Bilton Road; P.O. Box 100; Somers, CT 06071</u>

   Telephone number: <u>( 860 )   566-7500</u>

2. Are you presently employed? YES ____ NO <u>X</u>

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   _____

   _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. <u>Connecticut Department of Correction;</u>

   <u>Osborn CI; 335 Bilton Road; P.O. Box 100; Somers, CT 06071</u>

(Rev. 1/2/03)

Date last worked: _November 2003_

Weekly earnings: _$6.25_

5.    Approximately how much money have you received in the past twelve months in the form of:

a) salary, wages, commissions, or earned income of any kind? _$32.50_

b) interest, dividends, rents or investments of any kind? _0_

c) gifts or inheritances of any kind? _$1,290.00_

6.    How much money do you have in any checking or savings account(s)?

Checking: _0_

Savings: _0_

Prison account: _$77.88 (as of June 9, 2004)_

7.    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)?  YES ____  NO _X_

If YES, describe the property and state the approximate value: _____

_____

_____

8.    How much money do you owe others? _nothing_

For each debt, state the name of the creditor and the amount owed:

| CREDITOR | AMOUNT OWED |
|---|---|
| | |
| | |
| | |
| | |
| | |

9.   List the persons who depend upon you for support, and state your relationship to them.

_____none_____

_____

_____

_____

10.  Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed?  YES ____  NO _X__

If the answer is YES, please provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly Earnings: _____

11.  Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

_____

_____

_____

_____

## NATURE OF YOUR CLAIM

12.  Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _____

My Eighth Amendment right to be free from cruel and unusual punishment

(Additional space on next page)

was violated by the failure to provide me with medically prescribed

orthotics.

### EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13.  Have you spoken with any attorney about handling your case? YES X   NO __

14.  If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name  John R. Williams of Williams and Pattis

Date you contacted this attorney   December 2002 (approximately)

Method of contact (in person, by telephone, etc.)  letter

Reason why attorney was not employed to handle your case  He wanted

a $5,000 retainer, which I was unable to provide.

b) Attorney's name  Byelas & Neigher

Date you contacted this attorney  November 12, 2002

Method of contact (in person, by telephone, etc.)  letter

Reason why attorney was not employed to handle your case  They do not do

prisoner-related cases.

c) Attorney's name  Frank J. Riccio

Date you contacted this attorney  June 5, 2000

Method of contact (in person, by telephone, etc.)  letter

Reason why attorney was not employed to handle your case  I was unable
to pay the requested fee.

15.    Explain any other efforts you have made to obtain an attorney to handle your case.

Please see attached continuation of response to paragraph 14.

16.    Please provide any other information which supports your application for the court
to appoint counsel.

I am incarcerated.

17.    Do you need a lawyer who speaks a language other than English?
YES ____  NO  X

If you answered YES, what language do you speak? _____

## EFFORTS TO OBTAIN AN ATTORNEY

14.  (Continued) (Copies of letters received from the listed attorneys and law firms are attached.)

(d)  Attorney's name: H. Jeffrey Beck

Date you contacted this attorney: May 2003 (approximately)

Method of contact: letter

Reason why attorney was not employed to handle case: He decided that he did not have the time.

(e)  Attorney's name: Brown Paindiris & Scott

Date you contacted this attorney: November 2003 (approximately)

Method of contact: letter

Reason why attorney was not employed to handle case: They decided not to take the case.

(f)  Attorney's name: Legal Clinic, University of Connecticut School of Law

Date you contacted this attorney: October 2003 (approximately)

Method of contact: letter

Reason why attorney was not employed to handle case: They do not do this type of work.

(g)  Attorney's name: Bingham McCutchen LLP

Date you contacted this attorney: July 2003 (approximately)

Method of contact: letter

Reason why attorney was not employed to handle case: They did not want to take it.

(h)  Attorney's name: Frank P. Cannatelli

Date you contacted this attorney: July 2003 (approximately)

Method of contact letter:

Reason why attorney was not employed to handle case: He did not want to take it.


(i)  Attorney's name: Brown Raysman

Date you contacted this attorney: July 2003 (approximately)

Method of contact: letter

Reason why attorney was not employed to handle case: They said they accept representation in this type of case only when requested by the Court.


(j)  Attorney's name: Philip D. Tegler, Connecticut Civil Liberties Union

Date you contacted this attorney: August 2003 (approximately)

Method of contact: letter

Reason why attorney was not employed to handle case: They do not handle this type of case.


(k)  Attorney's name: Paul R. Kraus

Date you contacted this attorney: December 16, 2002

Method of contact: letter

Reason why attorney was not employed to handle case: He did not want to take it.


(l)  Attorney's name: Levett Rockwood P.C.

Date you contacted this attorney: December 19, 2002

Method of contact: letter

Reason why attorney was not employed to handle case: They did not want to take it.

(m)  Attorney's name: Frechette & Frechette

Date you contacted this attorney: December 12, 2002

Method of contact: letter

Reason why attorney was not employed to handle case: They did not want to take it.

(n)  Attorney's name: Evans, Feldman & Boyer, L.L.C.

Date you contacted this attorney: November 21, 2002

Method of contact: letter

Reason why attorney was not employed to handle case: They do not do this type of work.

(o)  Attorney's name: William H. Clendenen, Jr.

Date you contacted this attorney: September 2002 (approximately)

Method of contact: letter

Reason why attorney was not employed to handle case: He did not want to take it.

(p)  Attorney's name: Emmett & Glander

Date you contacted this attorney: August 2002 (approximately)

Method of contact: letter

Reason why attorney was not employed to handle case: They did not want to take it.

(q)  Attorney's name: Silver Golub & Teitell, LLP

Date you contacted this attorney: August 2002

Method of contact: letter

Reason why attorney was not employed to handle case: They did not want to take it.

(r) Attorney's name: Kelley Drye & Warren, LLP

Date you contacted this attorney: August 2002 (approximately)

Method of contact: letter

Reason why attorney was not employed to handle case: They did not want to take it.

(s) Attorney's name: Koskoff Koskoff & Bieder, PC

Date you contacted this attorney: July 23, 2002

Method of contact: letter

Reason why attorney was not employed to handle case: They did not want to take it.

(t) Attorney's name: Durant, Nichols, Houston, Hodgson & Cortese-Costa

Date you contacted this attorney: July 22, 2002

Method of contact: letter

Reason why attorney was not employed to handle case: They do not do this type of work.

(u) Attorney's name: Jeremy T. Weingast

Date you contacted this attorney: November 13, 2000

Method of contact: letter

Reason why attorney was not employed to handle case: He did not want to take it.

(v) Attorney's name: Beck & Eldergill, P.C.

Date you contacted this attorney: June 22, 2000

Method of contact: letter

Reason why attorney was not employed to handle case: They did not want to take it.

(*Attachment A*)

# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
DAWNE WESTBROOK
DAVID G. TORO
TIMOTHY J. MAHONEY
JOHN C. TURNER, JR.

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
FACSIMILE (203) 401-4277
E-MAIL: jrw@johnrwilliams.com

December 12, 2002

**Privileged Correspondence**

Mr. Lanny Marden
Inmate No. 181275
1153 East Street South
Suffield, CT 06080

Dear Mr. Marden:

Thank you for your letter. We require a $5,000.00 retainer plus an agreement to a 40% contingency fee if we are to take on civil rights cases. If this is within reach and interest, please get back to me.

Sincerely,

John R. Williams

JRW:map

(Attachment B, 1)

Mr. Marden:

Our office does
not do prisoner
related cases.
        Best of luck to
you.
        Byelas + Neigher

To: Byelas & Neigher                          November 12, 2002
    1804 Post Road East
    Westport, CT 06880
    Phone: (203) 259-0599


From: Lanny Marden #181275
      M.C.I.
      1153 East Street South
      Suffield, CT 06080



RE: Obtaining Counsel,
    Case, Marden V. Myers, ET AL, Docket No. 3:02CV570(GLG)(WIG).


Dear Attorneys Byelas & Neigher:

    I'm writing to you because I'm seeking legal representation on a civil suit that
I've filed in the Federal Courts. I have a substantial amount of evidence on my behalf
supporting a prima facie case and upon it's disposition we'll both be able to receive
our due payments. In the next few paragraphs I'll explain the case to you.

    I'm handicapped as a result of a fracture that was sustained to my right leg (the
femur bone) in a motor cycle accident when I was a child. My r/leg is now about 2
1/2 inches shorter than my left leg and the knee is extremely deformed. Due to my
condition I must wear corrective orthopedic boots and I suffer from a lot of pain in
my r/leg, knee and lower back. In Jan. of 1996, I complained to medical in the Department
of Corrections (D.O.C.) about the pain. In early 1998, the D.O.C. made me a pair of
corrective orthopedic boots that made up the difference in leg length and that realigned
my knee. The boots helped me to be able to walk and stand much better and easier because
they significantly reduced the pains that I'd previously been suffering from.

    On May 18, 1999, I was transferred to Northern Correctional Institution (N.C.I.).
Upon arrival they took my boots, claiming that they were a safty/security issue. I
faught with them, on paper, for about six weeks, and then I was able to get my boots
back. Then about a month later, on Aug. 14, 1999, they did an institutional shake-down
and in their course of looking for contraband they completely destroyed my boots, to
the point that I could no longer wear them. They never did find any contraband.

    I started experiencing pains again so I filed grievances. I saw the doctor and he
clearly stated in my medical charts that the pains that I was suffering from were very
common complaints for someone with such a leg length discrepancy as myself. He concluded
that it was medically appropriate for me to receive new orthotics, and that they would
alleviate many of the symptoms that I was experiencing. On Aug. 20, 1999, the doctor
wrote out a prescription for me to receive new orthopedic boots. Then on Jan. 3, 2000,
medical sent me a memo to inform me that they now were not going to fix or replace
the boots. I imediately filed an emergency grievance and it was upheld on the appeal.
On March 30, 2000, nearly (7) seven months after my boots had been destroyed, I finally
received a pair of replacement orthopedic boots.

    Being that medical and custody are two different departments within the D.O.C.,
and that "custody destroyed my" "medical boots", neither party wanted to take on the
responsibility of having to pay for the replacement boots. I suffered needlessly for
about (7) seven long months, and sustained permanent damage to my knee and lower back
while these professional people were arguing over a mere $200.00.

*Attachment C,1* (handwritten)

LAW OFFICES OF

# FRANK J. RICCIO, LLC

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 - (203) 333-6135
TELECOPIER: (203) 333-6190

FRANK J. RICCIO*
FRANK J. RICCIO, II
AGUSTIN SEVILLANO

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

July 22, 2002

Mr. Lanny Marden
Inmate # 181275
MacDougall C.I.
1151 East Street South
Suffield, CT 06080

Dear Mr. Marden:

In response to your letter dated July 16, 2002, please be advised that I will not be able to give your matter any attention until I conclude the homicide case that I am currently trying before the Superior Court for the J.D. of Fairfield, at Bridgeport.

Rumor has it that I may be starting another one as soon as this one concludes. However, I cannot say for sure. If that's the case, then I'm going to be out of the mix completely and will not be able to help you in any respect.

One issue you did not address in your July 16th letter is the ability of your family to afford to pay for this litigation. The copy of my July 10th, 2002 letter to you addressed this issue and unfortunately, you did not address it in your return letter to me. There are multiple expenses that have to be paid for, excluding attorneys fees, and I cannot and will not be put in a position where I have to finance somebody else's litigation.

Very truly yours,

FRANK J. RICCIO

FJR/jvg

LAW OFFICES OF

# FRANK J. RICCIO, LLC

923 EAST MAIN STREET • BRIDGEPORT, CT 06608-1914
P.O. BOX 491 • BRIDGEPORT, CT 06601-0491
PHONE: (203) 333-6135 • FAX: (203) 333-6190

FRANK J. RICCIO • ADMITTED IN CT & NY • BOARD CERTIFIED IN CRIMINAL TRIAL ADVOCACY
FRANK J. RICCIO II • ADMITTED IN CT

July 27, 2000

Mr. Lanny Marden
Inmate # 181275
Northern Correctional Institute
287 Bilton Rd.
Somers, CT 06071

Dear Lanny:

I received your letter of July 24th. Upon reflection, I just don't see that I can fit your case into my current caseload notwithstanding your ability to pay for the same.

I wish you success in obtaining counsel.

Very truly yours,

FRANK J. RICCIO

FJR/jvg

(Attachment C,3)

LAW OFFICES OF

# FRANK J. RICCIO, LLC

923 EAST MAIN STREET • BRIDGEPORT, CT 06608-1914
P.O. BOX 491 • BRIDGEPORT, CT 06601-0491
PHONE: (203) 333-6135 • FAX: (203) 333-6190

FRANK J. RICCIO • ADMITTED IN CT & NY • BOARD CERTIFIED IN CRIMINAL TRIAL ADVOCACY
FRANK J. RICCIO II • ADMITTED IN CT

July 10, 2000

Mr. Lanny Marden
Inmate # 181275
Northern Correctional Institute
287 Bilton Rd.
Somers, CT 06071

Dear Mr. Marden:

In response to your letter dated June 5th, let me start by saying that I do find your case fascinating, and I would be willing to render assistance to you under certain restrictions.

In the first instance, I want to know if there is anybody in your family that can afford to pay for this litigation. If there is, then please have them contact me so we can make the necessary arrangements.

In the event, no such person exists, then my recommendation to you would be to file a pro se civil rights complaint against the Department of Corrections on an Eighth Amendment basis and then once it is accepted by the Federal Court, without the payment of any fees and costs, then in that instance, you can ask for an appointment of counsel.

I could be of some assistance in helping you draft the complaint, and depending upon where the case is assigned, I might be willing to enter an appearance on your behalf subject, of course, to the Federal Court approval.

The only thing that I really wouldn't be too happy with would be having to go back and forth to Hartford every single time there is motion to be argued in this case. There are instances where it becomes cost prohibited to do so, particularly, if you are not being paid.

(Attachment C,3)

FRANK J. RICCIO, ESQ.

If anything that I have said in this letter interests you, please contact me further, and I shall let you know what the next step should be.

Very truly yours,

FRANK J. RICCIO

FJR/jvg

(Attachment D,1)

251 NORTH AVE.   SUITE B - 107   BRIDGEPORT, CONNECTICUT 06606   TEL (203) 335-5701   FAX (203) 335-1707   JURIS NO. 308959

H. JEFFREY BECK   ATTORNEY AT LAW

February 17, 2004

TO:  Lanny Marden

At this time I have decided not to represent you in your civil rights actions.  I do not have time to put into your case.

Jeffrey Beck

(Attachment D, 2)

November 16, 2003

TO: Lanny Marden

I am wondering if you still want me to handle your case pending in federal court. Please advise.

Jeffrey Beck

H. JEFFREY BECK   ATTORNEY AT LAW

251 NORTH AVE.   SUITE B - 107   BRIDGEPORT, CONNECTICUT 06606   TEL (203) 335-5701   FAX (203) 335-1707   JURIS NO. 308959

(Attachment D, 3)

May 16, 2003

Dear Lanny:

Thanks for your correspondence. I am interested in possibly taking your case. Please send me all court documents.

Jeff Beck

H. JEFFREY BECK   ATTORNEY AT LAW
251 NORTH AVE.   SUITE B - 107   BRIDGEPORT, CONNECTICUT 06606   TEL (203) 335-5701   FAX (203) 335-1707   JURIS NO. 306959

# BROWN PAINDIRIS & SCOTT, LLP
### Attorneys at Law

RICHARD R. BROWN
NICHOLAS PAINDIRIS
RONALD T. SCOTT
JOHN D. MAXWELL
KATE W. HAAKONSEN
STEVEN W. VARNEY
SEAN M. PEOPLES
CHRISTOPHER J. McCARTHY ‡
DAVID S. RINTOUL
J. LAWRENCE PRICE

———

SIMON J. LEBO
GREGORY F. ARCARO
CATHERINE D. MOLLICA ‡
JENNIFER L. OWENS

———

OF COUNSEL
DONALD L. HAMER, P.C. †
KENNETH T. KELLEY*

———

* ALSO ADMITTED IN NY and PA
‡ ALSO ADMITTED IN MA
† ALSO ADMITTED IN DC

———

THE OLD TOWN HALL
2252 MAIN STREET
GLASTONBURY, CT 06033
(860) 659-0700
FAX (860) 652-4382
www.bpslawyers.com

100 PEARL STREET
HARTFORD, CT 06103
(860) 522-3343
FAX (860) 522-2490

———

42 EAST HIGH STREET
EAST HAMPTON, CT 06424
(860) 267-2044

November 17, 2003

Lanny Marden #181275
Osborn C.T.
P.O. Box 100
Somers, CT 06071

Re:    Obtaining Counsel, Case, Marden v. Myers, Et al

Dear Mr. Marden:

Please be advised that after further researching the potential claim and the issues, Brown, Paindiris & Scott, LLP has decided not to take your case. Our decision in this regard is in no way a reflection of the merits of pursuing this claim and we strongly encourage you to seek the opinions of other attorneys.

We wish you the best of luck in your efforts.

Very truly yours,

Jennifer L. Owens

JLO/kls



# University of Connecticut
## School of Law Legal Clinic

Legal Clinic

Jon Bauer
*Director of Civil
Clinical Programs
Clinical Professor of Law*

Todd D. Fernow
*Director of Criminal
Clinical Programs
Professor of Law*

Paul Chill
*Clinical Professor of Law*

Timothy H. Everett
*Clinical Professor of Law*

James H. Stark
*Professor of Law
Director, Mediation Clinic*

Diana L. Leyden
*Ass't Clinical Professor
Director, Tax Clinic*

Elizabeth M. McCormick
*William R. Davis
Clinical Fellow*

Louise M. Renock
*Administrative Assistant*

October 24, 2003

Lanny Marden
#181275
Osborn Correctional Institution
100 Bilton Road, POB 100
Somers, CT 06071

RE: Your letter dated 09/17/03, postmarked 09/18/03

Dear Mr. Marden:

Unfortunately the Clinic cannot offer to represent you in the your civil law suit. The Clinic does not do civil rights suits or other cases involving conditions of confinement and other prisoners' rights (paternity, divorce, child support, personal injury). Rather, the Clinic limits its caseload almost entirely to criminal cases in the Connecticut trial courts. Because we have limited personnel and resources, we simply cannot take every kind of case that deserves attention.

I am sorry not to be able to offer you further help in this matter. You might try Inmate Legal Assistance to Prisoners, 38-40 Hungerford Street, Hartford, CT 06106, telephone 251-7190.

Sincerely,

*Timothy H. Everett*

Timothy H. Everett
Clinical Professor of Law

*An Equal Opportunity Employer*

65 Elizabeth Street
Hartford, Connecticut 06105-2290

Telephone: (860) 570-5165
Facsimile: (860) 570-5195
e-mail: lrenock@law.uconn.edu

(Attachment G)

# BINGHAM McCUTCHEN

**Ben M. Krowicki**
**Direct Dial No.**
**(860) 240-2926**

**Email: ben.krowicki@bingham.com**

Bingham McCutchen LLP
One State Street
Hartford, CT
06103-3178

860.240.2700
860.240.2800 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
San Francisco
Silicon Valley
Singapore
Walnut Creek
Washington

July 17, 2003

Mr. Lanny Marden #181275
Osborn Correctional Institute
P O Box 100
Somers, CT 06071

Dear Mr. Marden:

We have reviewed your correspondence dated July 8, 2003. Unfortunately, at this time, we will be unable to assist you with this matter.

We wish you the best of luck.

Very truly yours,

Ben M. Krowicki
BMK/lam



**Cannatelli Law Offices**

549 Howe Ave Suite B. Shelton, CT 06484
203/924-6984 Fax: 203/924-9267
Toll Free: 1-866-213-7784
Cannatellilaw@aol.com

7/16/2003

Mr. Lanny Marden # 181275
Osborn C.I.
P.O. Box 100
Somers, Connecticut
LEGAL MAIL!    06071

RE: Your letter of July 8th, 2003.

Dear Lanny:

  I have read your letter and first you are past the one-year statute to submit and law suite to the State of Connecticut. Anytime that you submit one while you are incarcerated must be done through the Claims Commissioner. Since your letter to the Inmates Legal Assistance dates back to the year 2000, you are past the one-year date. As a result of this I cannot represent you since you are past the one-year statute.
  I hope that you are well, but nothing can be done about your case.

Sincerely Yours,

Frank P. Cannatelli, Esq.

Signed by Donald L. Burke
Legal Assistant

(Attachment I, 1)  **B R O W N** R A Y S M A N

BROWN RAYSMAN MILLSTEIN FELDER & STEINER ᴸᴸᴾ

Joseph M. Pastore III
partner
860-275-6426
jpastore@brownraysman.com

July 15, 2003

Mr. Lanny Marden
#181275
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

      Re:   Marden v. Myers, et al.

Dear Mr. Marden:

      Thank you for your letter dated July 8, 2003 wherein you are asking our firm to represent you in connection with the above referenced matter. We accept representation such as this when requested by the Federal Courts. We suggest you write to the Clerk of the Court – Pro Bono Administration and request counsel. We wish you success in your endeavor to obtain legal representation.

      Very truly yours,

      Joseph M. Pastore III

JMP:ksm

BROWN RAYSMAN MILLSTEIN FELDER & STEINER ᴸᴸᴾ CITYPLACE II 185 ASYLUM STREET HARTFORD CT 06103 T 860-275-6400 F 860-275-6410 brownraysman.com

(Attachment I, 2)

To: United States District Court
    Clerk Of Court (Pro Bono Administration)
    915 Lafayette Blvd.
    Bridgeport, CT 06604
    Phone: (203) 579-5861

July 22, 2003

From: Lanny Marden #181275
      Osborn Correctional Institution
      335 Bilton Road
      Somers, CT 06071

RE: <u>Marden V. Myers, ET AL. Docket No. 3:02CV570(GLG)(WIG).</u>
    Obtaining Counsel.


Dear Pro Bono Administration:

    I'm writing to you because I need to obtain attorney representation in a civil
suit that I've filed in you court. Please see that in the above captioned matter I've
attempted to obtain counsel and my Motion for Appointment of Counsel was denied, without
predujice.

    Please find enclosed a copy of a letter that I received from an attorney that I'd
written to attempting to obtain counsel. In his letter to me dated July 15, 2003, attorney
Pastore III, suggested that I contact you and ask you to please see if the court would
simply "request" somebody to take on my case, rather, than actually appoint an attorney.

    Attorney Brown, Raysman, Millstein, Felder & Steiner are in fact on the Federal
Court's Pro Bono list, to do this kind of work. This law firm will be willing to take
on my case with a simple request from you people, providing that you're willing to make
this request.

    It is in my highest hopes that you will assist me in this simple request, as I've
written to numerous attorneys trying to get the attorney representation that I need.
My case is a very complex matter that deals with medical interpretations that I just
am completely unable to do, not to mention the fact that I am not an attorney.

    I will be looking very forward to hearing from you soon, and along with an answer
to my request. I'll forward a copy of this letter that I'm writting to you here today
to attorney Joseph M. Pastore III, the attorney that instructed me to request this, for
his records and review. Thank you for your time and assistance.

                                        Truly Yours,

                                        Lanny Marden


Enclosures: One letter from attorney Joseph M. Pastore III,
            Dated July 15, 2003.

*(Attachment I, 3)*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 579-5861

KEVIN R. ROWE
CLERK

September 23, 2003

Lanny Marden #181275
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

Re: <u>Marden v. Myers, Case no. 3:02cv570 (GLG)(WIG)</u>

This is in response to your letters to this court regarding the above case.

(     ) You cannot request specific action in your case in the form of an ex parte letter to the court. If you seek reconsideration of the court's ruling on your motion for appointment of counsel you must file a properly captioned motion in your case and serve a copy of the motion on the respondents. Once you have filed such a motion, the court will consider your request.

(     ) The court does not have the ability to conduct an independent investigation of your grievance. The court can only take action in properly filed cases. If you want the court to take action on your grievance, you must file a complaint against the offending parties or file a motion in an existing case.

(     ) The Clerk's Office does not provide copies of case law nor do we conduct legal research for *pro se* litigants. You should try a law library located near your residence. Usually, the state superior court houses have law libraries open to the public.

(XXXX) Other -- Please be advised that the law firm of Brown, Raysman, Millstein, Felder & Steiner has not agreed to represent you in the above case and the court has not appointed the firm to represent you. If you seek the appointment of pro bono counsel in your case, you must file a properly captioned motion in your case and serve a copy of the motion on counsel for the defendants. The court will not consider your <u>ex parte</u> letter as a motion for appointment of counsel.

(Attachment I, 4)

To: Law Offices Of:                                          July 22, 2003
    Brown, Raysman, Millstein, Felder & Steiner LLP
    Attorney Joseph M. Pastore III
    Cityplace II
    185 Asylum Street
    Hartford, CT 06103
    Phone: (860) 275-6400
           (860) 275-6410


From: Lanny Marden #181275
      Osborn Correctional Institution
      P.O. Box 100
      335 Bilton Road
      Somers, CT 06071


RE: Marden V. Myers, ET AL.


Dear Mr. Pastore III:

    Thank you for your letter to me regarding your intrest in my case in the above
captioned matted, which was dated July 15, 2003.

    In your letter to me you stated that your firm takes on cases like mine, and that
I should contact the Clerk Of Court-Pro Bono Administration to request counsel. Per your
request please find enclosed a copy of a letter that I've written to the Pro Bono A
Adminstration, as you've instructed.

    I truly hope that this may help in my progress in my quest to receive the attorney
representation that I need. I'll be looking very forward to hearing from you soon.
Please contact me as soon as possible.

                                          Sincerely,

                                          Lanny Marden
                                          Lanny Marden


Enclosures: One letter that I wrote to the Pro Bono Adminstration, requesting counsel
Dated July 22, 2003.



# CCLU

## Connecticut Civil Liberties Union Foundation

32 Grand Street • Hartford, CT 06106
860-247-9823 • Fax: 860-728-0287

April 29, 2003

Lanny Marden #181275
Carl Robinson Correctional Institution
285 Shaker Road
Enfield, CT 06083

Dear Mr. Marden,

I am in receipt of your letter dated April 22, 2003. As you may know, we have very limited staff and financial resources. For this reason, we cannot take on litigation or furnish legal assistance to address the type of claims you raise.

Good luck in your efforts and I regret this organization cannot be of more help.

Sincerely,

Philip D. Tegeler
Legal Staff

PDT/scs

(*Attachment K*)

*Paul R. Kraus*

Attorney at Law
A Professional Corporation

Admitted in Connecticut,
New York and Washington, D.C.

129 Church Street, Suite 518
New Haven, Connecticut 06510
(203) 867-4088
Fax: (203) 867-4147
e-mail: kraus@prkade.com

January 9, 2003

Lanny Marden, #181275
C.C.I. - MacDougall
1153 East Street South
Suffield, CT 06080

Re:   Re:  <u>Request for representation of 12/16</u>

Dear Mr. Marden:

I have received your request for representation of December 16, 2002 and I regret to inform you that I will not be able to represent you.  I wish you luck in finding representation.

Very truly yours,

Paul R. Kraus

**LR**

LEVETT ROCKWOOD
P.C.
Attorneys-at-Law

December 23, 2002

***LEGAL MAIL***

Lanny Marden #181275
MacDougall C.I.
1153 East Street South
Suffield, CT 06080

Dear Mr. Marden:

This office received your letter dated December 19, 2002 regarding legal representation. I am sorry but we are unable to represent you and, therefore, are returning all legal mail received by this office to you.

Very truly yours,

*Levett Rockwood P.C.*

Enclosure

{H:\DOCS\LC.FIRM\00036804.DOC}

(Attachment M)

# FRECHETTE & FRECHETTE

### ATTORNEYS AT LAW
### 12 TRUMBULL STREET
### NEW HAVEN, CONNECTICUT 06511-6301
### PHONE (203) 865-2133
### FAX (203) 562-6932

**ROGER J. FRECHETTE**
MEMBER OF CONNECTICUT
AND NEW YORK BARS

**MATTHEW E. FRECHETTE**
MEMBER OF CONNECTICUT
NEW YORK AND FLORIDA BARS

**FRANZ P. FRECHETTE**
MEMBER OF CONNECTICUT
VERMONT AND NEW HAMPSHIRE BARS

December 17, 2002

Mr. Lanny Marden, #181275
M.C.I.
1153 East Street South
Suffield, CT 06080

    RE:  <u>Marden v. Meyers, et al.</u>

Dear Mr. Martin:

    This acknowledges your letter of December 12, 2002.

    Unfortunately, the pressure of business does not permit us to get into your case, and, for that reason, we have to decline your invitation to provide representation to you in the Federal Court.

    I do want to wish you the best of luck in your endeavors.

                   Very truly yours,

                   Roger J. Frechette

RJF/dle

EVANS, FELDMAN & BOYER, L.L.C.
ATTORNEYS AT LAW

JACK H. EVANS
RICHARD C. FELDMAN
PHOEBE S. BOYER*
KEITH R. AINSWORTH
JAMES P. BROCHIN

*RETIRED

261 BRADLEY STREET
P.O. BOX 1694
NEW HAVEN, CONNECTICUT 06507-1694

TELEPHONE
(203) 772-4900

TELECOPIER
(203) 782-1356

December 11, 2002

Mr. Lanny Marden #181275
M.C.I.
1153 East Street South
Suffield, CT  06080

Dear Mr. Marden:

    We are returning herewith your letter of November 21, 2002.  Unfortunately our firm does not handle this area of practice.

Very truly yours,

Richard C. Feldman

RCF:ja
Enclosure

# WILLIAM H. CLENDENEN, JR.

A Professional Corporation
Attorneys at Law

William H. Clendenen, Jr.
James E. Clifford
Nancy L. Walker
Thomas C. Pellegrino
Kevin C. Shea
Thomas J. McHale

400 Orange Street
P.O. Box 301
New Haven, Connecticut 06502-301

Telephone 203-787-1183
Telecopier 203-787-2847

Janet O. Marlowe
Lynne M. Tourville
Nadine P. Toce
Legal Assistants

September 4, 2002

Mr. Lanny Marden #181275
MacDougall Correctional Institution
1153 East Street South
Suffield, Connecticut    06080

Dear Mr. Marden:

Thank you for your letter received September 4, 2002.
Unfortunately, I am unable to be of assistance to you.  Best of
luck.

Sincerely,

William H. Clendenen, Jr.
Attorney at Law

WHCj/lmt
Enc.

*(Attachment P)*

# EMMETT & GLANDER
### ATTORNEYS AT LAW

45 FRANKLIN STREET
STAMFORD, CONNECTICUT 06901
TELEPHONE (203) 324-7744
FACSIMILE (203) 969-1319

NEWTOWN OFFICE
17 POND BROOK ROAD
P. O. BOX 724
NEWTOWN, CONNECTICUT 06470
TELEPHONE (203) 270-9272
FACSIMILE (203) 426-1270

KATHRYN EMMETT
JANE W. GLANDER
CHRISTINE CAULFIELD*

* ALSO ADMITTED IN NEW YORK

August 28, 2002

Mr. Lanny Marden
#181275
MacDougall Correctional Institution (M.C.I.)
1153 East Street South
Enfield, CT 06080

Dear Mr. Marden:

Thank you for your inquiry requesting representation. Unfortunately, our office is not able to represent you at this time.

Very truly yours,

Kathryn Emmett

KE/dmc

# SILVER GOLUB & TEITELL LLP

RICHARD A. SILVER
DAVID S. GOLUB
ERNEST F. TEITELL
PATRICIA M. HAUGH (1942-1988)
JOHN D. JOISEL*
MARIO DINATALE*
JONATHAN M. LEVINE
MARILYN J. RAMOS*
MARY G. CURRY
KATHLEEN L. BRANDT*
PAUL A. SLAGER*
ANGELO A. ZIOTAS
PETER MASON DREYER*

*ALSO ADMITTED IN NY

LAW OFFICES
THE HERITAGE BUILDING
184 ATLANTIC STREET

MAIL ADDRESS
POST OFFICE BOX 389
STAMFORD, CONNECTICUT 06904

TELEPHONE
(203) 325-4491

FACSIMILE
(203) 325-3769

August 19, 2002

Lanny Marden - #181275
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

Re:    **Obtaining Counsel**

Dear Mr. Marden:

I am in receipt of your letter requesting representation in a  potential civil suit.  After reviewing this material, I have concluded our firm is not in a position to handle this case.

Thank you for thinking of our firm.  I wish you the best of luck in your search.

Very truly yours,

Ernest F. Teitell

EFT/meg

(*Attachment R*)

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

## TWO STAMFORD PLAZA

### 281 TRESSER BOULEVARD

STAMFORD, CONNECTICUT 06901-3229

——

(203) 324-1400

NEW YORK, NY

WASHINGTON, DC

LOS ANGELES, CA

CHICAGO, IL

PARSIPPANY, NJ

——

BRUSSELS, BELGIUM

HONG KONG

——

AFFILIATE OFFICES
BANGKOK, THAILAND
JAKARTA, INDONESIA
MANILA, THE PHILIPPINES
MUMBAI, INDIA
TOKYO, JAPAN

FACSIMILE

(203) 327-2669

www.kelleydrye.com

MARK S. GREGORY

DIRECT LINE (203) 351-8057

E-MAIL: mgregory@kelleydrye.com

August 19, 2002

Mr. Lanny Marden
Inmate #181275
MacDougall Correctional Institution
1153 East Street South
Suffield, Connecticut 06080

Dear Mr. Marden:

We received your letter requesting legal assistance. One of the important guidelines which governs the ethical guidelines of all attorneys is that a lawyer not accept an engagement in an area of law where he would not be able to provide competent representation. This is the case here. Our practice specializes in commercial matters. We wish you luck finding an attorney whose skills and experience better matches your needs.

Very truly yours,

Mark S. Gregory

(Attachment 5)

# Koskoff Koskoff & Bieder PC

**July 25, 2002**

*Law Offices*

P.O. Box 1661
Bridgeport, CT 06601

350 Fairfield Avenue
Bridgeport, CT 06604

(203) 336-4421
FAX (203) 368-3244

e-mail: kkb@koskoff.com

Theodore I. Koskoff
(1913-1989)
Michael P. Koskoff *
Richard A. Bieder *
Joel H. Lichtenstein
John D. Jessep
Elizabeth Koskoff
Christopher D. Bernard *
Carey B. Reilly
James D. Horwitz
Vincent M. Musto
Michael A. Stratton *
Joshua D. Koskoff
Rosalind J. Koskoff
Regina M. Deluca
Gertrude A. Kiaunis
Joel T. Faxon
Antonio Ponvert III

* Certified Civil Trial Advocate
National Board of Trial Advocacy

Of Counsel
James Wu, LLC

Legal Assistants
Linda Grossberg
Marsha G. Chrzanowski
Barbara Barbiero
Beth Vogler
Diana V. Orozco
Carol A. Girard
Patricia M. Harris
Marge Esposito
Wendy Grosso
Deborah A. Dinan
Diane C. Rivera
Diane L. Zalewski

Lanny Marden
#181275
MacDougall Correctional Institution
1153 East Street South
Suffield, CT  06080

Dear Mr. Marden:

I received your letter dated July 23, 2002 and reviewed it carefully. Unfortunately, we will not be able to represent you in this matter.

I wish you the best of luck.

Sincerely,

Antonio Ponvert III

APIII/sc

( Attachment T )

# DURANT, NICHOLS, HOUSTON,
# HODGSON & CORTESE-COSTA, P.C.

Loraine M. Cortese-Costa**
Natale V. Di Natale**
E. Terry Durant*
Lisa Grasso Egan
Christopher M. Hodgson
Donald F. Houston
David J. Kelly**
Pamela Coyne Radano

Also admitted in Virginia*
Also admitted in New York**

ATTORNEYS AT LAW

1057 Broad Street
Bridgeport, Connecticut 06604-4219
Tel. (203) 366-3438        Fax (203) 384-0317
www.durantnic.com

Of Counsel
George N. Nichols

Paralegals
Clara Cuneo Koczi
Megan L. Krom

July 24, 2002

Mr. Lanny Marden
#131275
Macdougall Correctional Institution
1153 East Street South
Suffield, CT 06080

Dear Mr. Marden:

In response to your correspondence of July 22, 2002, please be advised that our firm is unable to take on your case. Our firm's practice and expertise is restricted solely to management labor and employment law.

Sincerely,

Christopher M. Hodgson

CMH/jvd

# JEREMY N. WEINGAST

### ATTORNEY AT LAW

650 FARMINGTON AVENUE • HARTFORD, CONNECTICUT 06105
(860) 233-1440 • FAX (860) 523-0419

November 29, 2000

Lanny Marden
#181275
Cheshire C.I.
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Marden:

This will acknowledge your correspondence of November 13, 2000.

Unfortunately I am not in a position to assume representation of your case.

I am sorry that I can not be of assistance in this matter.

Very truly yours,

Jeremy N. Weingast

JNW:clc

Enclosure

# Beck & Eldergill, P.C.

*(Attachment V)*

Attorneys At Law

447 CENTER STREET, MANCHESTER, CONNECTICUT 06040  PHONE (860) 646-5606
(860) 742-0882
FAX (860) 646-0054

BRUCE S. BECK
KATHLEEN ELDERGILL
KENNETH I. FRIEDMAN
MARC P. MERCIER
FATIMA T. LOBO
DAVID R. KRITZMAN
MATTHEW R. POTTER
DEREK V. OATIS

July 13, 2000

Lanny Marden
Inmate No. 181275
Northern Correctional Institute
287 Bilton Road
Somers, CT 06071

**Re: Representation**

Dear Lanny:

Thank you for your inquiry dated June 22, 2000. Unfortunately, our firm is not able to represent you in this matter. Good luck to you.

Sincerely,

David R. Kritzman

DRK/aw
misc2000\mar071300.ltr

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court.  See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

7-14-04
**Date**

_Lanny Marden_
**Original Signature of Movant**

Lanny Marden, Inmate #181275

Osborn CI; 335 Bilton Road; P.O. Box 100

Somers, CT 06071
**Printed Name and Address of Movant**

(Rev. 1/2/03)

## **CERTFIFICATION**

I hereby certify that a copy hereof was mailed, postage prepaid, on this _14_ day of

_July_ , 2004, to the following counsel and pro se parties of record:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Lanny Marden