

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| Plaintiff | : | CIVIL NO. 3:02CV570 (RNC) (WIG) |
| V. | | |
| WARDEN LARRY J. MYERS, ET. AL | : | July 14th, 2004 |
| Defendants | | |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Local Rule 7 (b), the plaintiff respectfully requests an extension of the time within which he must serve a response to the defendants' interrogatories and requests for production. The plaintiff previously filed an initial motion for extension of time requesting that the time for serving a response be extended for thirty (30) days, up to and including July 6, 2004. He now requests an additional thirty (30) day extension, up to and including August 5, 2004. In support of his request, the plaintiff submits the following.

1. The plaintiff, who is incarcerated, filed this action pro se.

2. On May 6, 2004, the defendants served the plaintiff with interrogatories and requests for production.

3. The plaintiff has requested help from Inmates' Legal Assistance Program (ILAP) in regard to responding to the discovery request.

4. ILAP needs more time to prepare a response to the discovery request.

5. Prior to filing the initial motion for extension of time, Attorney Richard P. Cahill of ILAP inquired of the defendants' counsel, Assistant Attorney General Lynn D. Wittenbrink. At that time, Assistant Attorney General Wittenbrink indicated that she would have no objection to a second motion for extension of time.

6. One previous motion for extension of time has been filed by the moving party with respect to the same limitation.

THE PLAINTIFF

*Lanny Marden*

Lanny Marden, pro se
Inmate #181275
Osborn Correctional Institution
335 Bilton Road, P.O. Box 100
Somers, CT 06071


Although not appearing herein, the undersigned
assisted in the preparation of this motion:

*Richard P. Cahill*

Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 14th day of July, 2004, to the following counsel of record:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Lanny Marden