## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lanny Marden | : | PRISONER |
| | | 3:02CV570(RNC)(WIG) |
| v. | : | |
| Larry Myers, et al | : | JULY 20, 2004 |

## MOTION TO COMPEL AND/OR FOR SANCTIONS

      Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure the defendants respectfully move for an order compelling the plaintiff to submit to the taking of his deposition and move for the imposition for sanctions because plaintiff has not allowed defense counsel to inquire, via a deposition, as to the facts underlying plaintiff's complaint. Defendants also request that this action be stayed until plaintiff submits to a deposition. Finally, defendants ask the court to rule that if plaintiff does not submit to a deposition within the next 45 days, this action will be dismissed. In support of this motion, defendants submit the attached memorandum of law, to which the court is respectfully referred.

                                           DEFENDANTS
                                           Larry Myers, et al

                                           RICHARD BLUMENTHAL
                                           ATTORNEY GENERAL


BY:    ___/s/_____
           Lynn D. Wittenbrink
           Assistant Attorney General
           110 Sherman Street
           Hartford, CT  06105
           Federal Bar #ct08575
           lynn.wittenbrink@po.state.ct.us
           Tel: (860) 808-5450
           Fax: (860) 808-5591


## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of July 2004:

Lanny Marden # 181275
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071


                                         _/s/_____
                                         Lynn D. Wittenbrink
                                         Assistant Attorney General