**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| | : | NO. 3:02CV570(RNC)(WIG) |
| VS. | : | |
| | : | |
| LARRY MYERS, ET AL. | : | JULY 20, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, **LARRY MYERS, ET AL.**, have manually filed the following documents:

- **EXHIBIT B** – Notice of Deposition dated June 4, 2004.

These documents have been filed electronically because:

[ X]    The documents cannot be converted to an electronic format.
[  ]    The electronic file size of the document exceeds 1.5 megabytes.
[  ]    The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[  ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS,
Kevin Schibi, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 20th day of July, 2004 to:

Lanny Marden, Inmate No. 181275
Osborn Correctional Institution
335 Bilton Road, PO Box 100
Somers, CT  06071

    /s/
Lynn D. Wittenbrink
Assistant Attorney General