FILED

2004 AUG -4 A 9: 22

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| | : | CIVIL NO. 3:02CV570 (RNC) (WIG) |
| V. | | |
| WARDEN LARRY J. MYERS, ET AL. | : | AUGUST 2, 2004 |

### MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26 (c) of the Federal Rules of Civil Procedure and in response to the defendants' Motion to Compel and/or for Sanctions dated July 20, 2004, Lanny Marden, the plaintiff in the above-captioned matter, hereby respectfully requests a protective order that he not be required to submit to a deposition until the Court acts upon a Motion for Appointment of Counsel filed by the plaintiff on July 19, 2004. In support of this motion, the plaintiff submits the attached memorandum of law, to which the Court is respectfully referred.

THE PLAINTIFF

*[signature]*
Lanny Marden, Pro Se
Inmate #181275
Osborn Correctional Institution
335 Bilton Road, P.O. Box 100
Somers, CT 06071

Although not appearing herein, the undersigned assisted in the preparation of this motion:

*Richard P. Cahill*

Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## CERTFIFICATION

I hereby certify that a copy hereof was mailed, postage prepaid, on this 2nd day of August, 2004, to the following counsel and pro se parties of record:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

*Lanny Marden*
Lanny Marden