UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lanny Marden | : | PRISONER |
| | | 3:02CV570(RNC) |
| v. | : | |
| Larry J. Myers, et al | : | September 29, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including October 29, 2004, within which to file their Motion for Summary Judgment. In support of this motion, the defendants represent the following:

1. This is the third motion for an extension of time within which to file a Motion for Summary Judgment in this matter.

2. Discovery in this matter is not completed. The plaintiff has declined to be deposed after the Court had granted a motion for permission for his deposition on June 21, 2004. See Motion to Compel filed July 21, 2004. The defendants have filed a Motion to Compel the plaintiff's deposition, which has yet to be ruled upon by the Court. The plaintiff stated that he would not be deposed without counsel, and has filed a motion for appointment of counsel which has not yet been ruled upon by the Court. Accordingly, the defendants have not yet had the opportunity to depose the plaintiff preparatory to their summary judgment motion.

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

                                              DEFENDANTS
                                              Larry Myers, et al
                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL

BY:   /s/_____
        Lynn D. Wittenbrink
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct08575
        lynn.wittenbrink@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 29th day of September 2004:

**Lanny Marden**
Inmate 181275
Osborn Correctional Institution
PO Box 100
Somers, CT, 06071

                                              /s/_____
                                              Lynn D. Wittenbrink
                                              Assistant Attorney General