UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lanny Marden | : | PRISONER |
| | | 3:02CV570(RNC) |
| v. | : | |
| Larry J. Myers, et al | : | October 29, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including November 28, 2004, within which to file their Motion for Summary Judgment. In support of this motion, the defendants represent the following:

1. This is the fourth motion for an extension of time within which to file a Motion for Summary Judgment in this matter.

2. Discovery in this matter is not completed. The plaintiff has declined to be deposed after the Court had granted a motion for permission for his deposition on June 21, 2004. See Motion to Compel filed July 21, 2004. The defendants have filed a Motion to Compel the plaintiff's deposition, which has yet to be ruled upon by the Court. The plaintiff stated that he would not be deposed without counsel, and has filed a motion for appointment of counsel which has not yet been ruled upon by the Court. Accordingly, the defendants have not yet had the opportunity to depose the plaintiff preparatory to their summary judgment motion.

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

          DEFENDANTS
Larry Myers, et al
RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   /s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 29th day of October 2004:

**Lanny Marden**
Inmate 181275
Osborn Correctional Institution
PO Box 100
Somers, CT, 06071

  /s/_____
Lynn D. Wittenbrink
Assistant Attorney General