UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| | : | NO. 3:02CV570(RNC) |
| VS. | : | |
| | : | |
| LARRY J. MYERS, ET AL. | : | NOVEMBER 18, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE
### MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including December 28, 2004, within which to file their Motion for Summary Judgment. In support of this motion, the defendants represent the following:

1. This is the fifth motion for an extension of time within which to file a Motion for Summary Judgment in this matter, however, as is set forth below, there are extraneous circumstances existing in this matter.

2. Discovery in this matter is not completed. The plaintiff has declined to be deposed after the Court had granted a motion for permission for his deposition on June 21, 2004. See Motion to Compel filed July 21, 2004. The defendants have filed a Motion to Compel the plaintiff's deposition, which has yet to be ruled upon by the Court. The plaintiff stated that he would not be deposed without counsel, and has filed a motion for appointment of counsel which has not yet been ruled upon by the Court. Accordingly, the defendants have not yet had the opportunity to depose the plaintiff preparatory to their summary judgment motion.

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

                             DEFENDANTS,
                             Larry Myers, et al.

                             RICHARD BLUMENTHAL
                             ATTORNEY GENERAL


                    BY:    /s/
                             Lynn D. Wittenbrink
                             Assistant Attorney General
                             110 Sherman Street
                             Hartford, CT  06105
                             Federal Bar No. ct08575
                             Telephone No.: (860) 808-5450
                             Fax No.: (860) 808-5591
                             lynn.wittenbrink@po.state.ct.us


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 18th day of November 2004:

Lanny Marden, Inmate 181275
Osborn Correctional Institution
335 Bilton Road, PO Box 100
Somers, CT, 06071

                              /s/
                             Lynn D. Wittenbrink
                             Assistant Attorney General