UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC -7 P 3:58
U.S. DISTRICT COURT
HARTFORD, CT.

LANNY MARDEN,
    Plaintiff,

V.

LARRY J. MYERS, et al.,
    Defendants.

PRISONER

CASE NO. 3:02CV00570 (RNC)

## ENDORSEMENT ORDER

Plaintiff's Motion to Appoint Counsel (Doc. # 45) is denied. Plaintiff's Motion for Extension of Time (Doc. # 46) is denied as moot. Defendants' Motion to Compel Plaintiff's Deposition (Doc. # 47) is granted. Defendants' Motion for Sanctions (Doc. # 47) is denied. Plaintiff's Motion for Protective Order (Doc. # 48) is denied. Defendants' Motion for Extension of Time (Doc. # 50) is denied as moot. Defendants' Motion for Extension of Time (Doc. # 51) is denied as moot. Defendants' Motion for Extension of Time (Doc. # 53) is denied as moot. Defendants' Motion for Extension of Time to File Motion for Summary judgment until 12/28/04 (Doc. # 53) is granted. However, in view of the age of this case, further requests for extensions of time will be viewed with disfavor and are unlikely to be granted.

1

So ordered.

Dated at Hartford, Connecticut this 7th day of December 2004.

---
Robert N. Chatigny
United States District Judge