UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| | : | 3:02CV570(RNC) |
| VS | : | |
| | : | |
| LARRY MYERS, ET AL | : | DECEMBER 21, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE
### MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter respectfully move for an additional 45 days, up to and including February 12, 2005, within which to file a Motion for Summary Judgment. In support of this motion, the defendants represent as follows.

In April of this year, 2004, over eight months ago, the defendants sought permission of this Court to depose the plaintiff, an incarcerated person, pursuant to Rule 30(a). The Court granted permission, and the deposition was set for May 26, 2004. On that date, the undersigned counsel appeared with a court report and two summer interns in order to depose the plaintiff, who refused to be deposed. The undersigned counsel contacted Judge Garfinkle in an effort to take the plaintiff's deposition, and Judge Garfinkle indicated the deposition should not proceed on that date. All of the proceedings were taken down by the defendants' court reporter.

The deposition transcript was completed on July 2, 2004. See Docket No. 47, Exhibit A, last page. Having waited for the transcript of the event, defendants filed their Motion to Compel the deposition on July 21, 2004 with the transcript attached. See Docket No. 47; Affidavit of

LDW, attached. In July of 2004, the defendants filed their **first** motion for extension of time to file their motion for summary judgment.

Neither the defendants Motion for Summary Judgment nor their Motion to Compel were ruled upon until December 7, 2004. This ruling was transmitted to the undersigned counsel on Saturday, December 18, 2004, and was not received by the undersigned counsel until Monday, December 20, 2004. See attached email printout; attached Affidavit.

The current ruling gives the defendants eight days from receipt, until December 28, 2004, to both depose the plaintiff and filed their Motion for Summary Judgment. These eight days include the Christmas holiday.

The defendants still intend to depose the plaintiff. The undersigned counsel has numerous matters in state and federal court as well as other forums. She is expected to be on trial in early February in Bridgeport federal court. Wherefore, the undersigned counsel, on behalf of defendants, respectfully moves this Court for a 45 day extension of time, up to and including February 12, 2005, within which to file their Motion for Summary Judgment. This should allow defendants a brief time within which to depose the plaintiff and obtain a transcript from his deposition.

Defendants note that they had originally scheduled the deposition months before the previous summary judgment deadline, which would have given them time to determine whether they would in fact seek summary judgment. Defendants respectfully submit that they are not responsible for the intervening events, and should not be prejudiced because of those events.

        DEFENDANTS,
        Warden Myers, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:_____/s/_____
        Lynn D. Wittenbrink
        Assistant Attorney General
        Federal Bar No. ct08575
        110 Sherman Street
        Hartford, CT  06105
        Telephone No.: (860) 808-5450
        Fax No.: (860) 808-5591
        lynn.wittenbrink@po.state.ct.us


## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of December, 2004:

Lanny Marden, Inmate No. 181275
Osborn Correctional Institution
335 Bilton Road, PO Box 100
Somers, CT  06071


_____/s/_____
Lynn D. Wittenbrink
Assistant Attorney General

3