**Wittenbrink, Lynn D.**

**From:**   CMECF@ctd.uscourts.gov
**Sent:**   Saturday, December 18, 2004 12:02 AM
**To:**   CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

## Activity has occurred in the following cases:

### 3:02-cv-00570-RNC Marden v. Myers, et al
**Order on Motion to Appoint Counsel   54**

**Docket Text:**
PRISCS - ENDORSEMENT ORDER denying [45] Motion to Appoint Counsel, denying [46] Motion for Extension of Time to 8/5/04 to Respond to Discovery Requests as moot, granting [47] Motion to Compel, denying [47] Motion for Sanctions, denying [48] Motion for Protective Order, denying [50] Motion for Extension of Time to 9/29/04 to file Motion for Summary Judgment as moot, denying [51] Motion for Extension of Time to 10/29/04 to file motion for summary judgment as moot, denying [52] Motion for Extension of Time file motion for summary judgment until 11/28/04, granting [53] Motion for Extension of Time file Motion for Summary Judgment until 12/28/04 . Signed by Judge Robert N. Chatigny on 12/7/04. (Jaiman, R.)

12/20/2004