UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER<br>3:02CV570(RNC) |
| v. | : | |
| LARRY MYERS, ET AL | : | DECEMBER 20, 2004 |

### AFFIDAVIT OF ATTORNEY LYNN D. WITTENBRINK, AAG

I am over the age of 18 and understand and believe in the obligations of an oath.

1. I am the Assistant Attorney General assigned the defense of the above-captioned matter;

2. In April of this year, 2004, over eight months ago, the defendants sought permission of this Court to depose the plaintiff, an incarcerated person, pursuant to Rule 30(a). The Court granted permission, and the deposition was set for May 26, 2004.

3. On that date, the undersigned counsel appeared with a court report and two summer interns in order to depose the plaintiff, who refused to be deposed. The undersigned counsel contacted Judge Garfinkle in an effort to take the plaintiff's deposition, and Judge Garfinkle indicated the deposition should not proceed on that date. All of the proceedings were taken down by the defendants' court reporter.

4. The deposition transcript was completed on July 2, 2004. Having waited for the transcript of the event, defendants filed their Motion to Compel the deposition on July 21, 2004 with the transcript attached.

5. In July of 2004, the defendants filed their **first** motion for extension of time to file their motion for summary judgment.

6. Neither the defendants Motion for Summary Judgment nor their Motion to Compel were ruled upon until December 7, 2004. This ruling was transmitted to the undersigned counsel on Saturday, December 18, 2004, and was not received by the undersigned counsel until Monday, December 20, 2004.

7. The current ruling gives the defendants eight days from receipt, until December 28, 2004, to both depose the plaintiff and filed their Motion for Summary Judgment. (The ruling indicates that further motions for additional time are likely to be denied.) These eight days include the Christmas holiday.

8. The undersigned counsel is expected to start a trial in February with the Honorable Holly Fitzsimmons.

                                                   Lynn D. Wittenbrink
                                                   Assistant Attorney General

Subscribed and sworn to before me this 20th day of December, 2004.

                                                 Steven R. Strom
                                                 Commissioner of the Superior Court