UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| VS | : | 3:02CV570(RNC) |
| LARRY MYERS, ET AL | : | DECEMBER 21, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter respectfully move for an additional 45 days, up to and including February 12, 2005, within which to file a Motion for Summary Judgment. In support of this motion, the defendants represent as follows.

In April of this year, 2004, over eight months ago, the defendants sought permission of this Court to depose the plaintiff, an incarcerated person, pursuant to Rule 30(a). The Court granted permission, and the deposition was set for May 26, 2004. On that date, the undersigned counsel appeared with a court report and two summer interns in order to depose the plaintiff, who refused to be deposed. The undersigned counsel contacted Judge Garfinkle in an effort to take the plaintiff's deposition, and Judge Garfinkle indicated the deposition should not proceed on that date. All of the proceedings were taken down by the defendants' court reporter.

The deposition transcript was completed on July 2, 2004. See Docket No. 47, Exhibit A, last page. Having waited for the transcript of the event, defendants filed their Motion to Compel the deposition on July 21, 2004 with the transcript attached. See Docket No. 47; Affidavit of

2/15/05 Denying this as in the original, the motion is granted nunc pro tunc. So ordered.

FILED
2005 FEB 15 P 12:15
U.S. DISTRICT COURT
HARTFORD, CT.