UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| | : | 3:02CV570(RNC) |
| VS | : | |
| | : | |
| LARRY MYERS, ET AL | : | FEBRUARY 24, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE
## MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter respectfully move for an additional 30 days, up to and including March 26, 2005, within which to file a Motion for Summary Judgment. In support of this motion, the defendants represent as follows.

In December of 2004, defendants moved for an additional 45 days within which to file their motion, but that motion was not ruled upon until after the proposed deadline. See Docket Nos. 55 and 56. Since that time, the undersigned counsel has been inordinately busy. Her Office has been involved in unique, time-consuming litigation requiring coverage for other attorneys of various matters complicating an already hectic schedule. Defendants have deposed plaintiff, and anticipate being able to comply with a March 26, 2005 deadline. This is the second motion for an extension of time since the Court ordered that the plaintiff submit to a deposition. Due to his incarceration, the defendants have not contacted the plaintiff in order to determine his position with regard to this motion.

DEFENDANTS,
Warden Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
lynn.wittenbrink@po.state.ct.us


**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of February, 2005:

Lanny Marden, Inmate No. 181275
Osborn Correctional Institution
335 Bilton Road, PO Box 100
Somers, CT  06071


___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General