UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| | : | 3:02CV570(RNC) |
| VS | : | |
| | : | |
| LARRY MYERS, ET AL | : | MARCH 28, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter respectfully move for an additional 17 days, up to and including April 14, 2005, within which to file a Motion for Summary Judgment. In support of this motion, the defendants represent as follows.

The defendants had hoped to complete this motion by this date, but the undersigned counsel was required to spend significant time last week on a Show Cause issue in state court which came up without warning the preceding Friday afternoon. Moreover, this is a medical claim and the undersigned counsel has spent many hours preparing this motion looking at over 1000 pages of medical records of the plaintiff as well as other records as well.

The undersigned counsel is nearing completion of the factual part of the motion, but some of the defendants are retired, and a medical Affidavit is necessary, so while the motion is nearing completion, it is not yet done.

The undersigned counsel is aware that this matter is taking some time, but respectfully submits that the interests of justice and judicial efficiency will be served if the defendants are permitted to complete their motion for summary judgment.

This is the third motion to extend the summary judgment deadline since the Court ordered the plaintiff to submit to the taking of his deposition. The plaintiff has not been consulted in order to determine his position with regard to this motion due to his incarceration.

                        DEFENDANTS,
                        Warden Myers, et al.

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL


BY:__/s/_____
    Lynn D. Wittenbrink
    Assistant Attorney General
    Federal Bar No. ct08575
    110 Sherman Street
    Hartford, CT  06105
    Telephone No.: (860) 808-5450
    Fax No.: (860) 808-5591
    lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 28th day of March, 2005:

Lanny Marden, Inmate No. 181275
Osborn Correctional Institution
335 Bilton Road, PO Box 100
Somers, CT  06071

    /s/_____
Lynn D. Wittenbrink
Assistant Attorney General