UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| | : | NO. 3:02CV570(RNC) |
| VS. | : | |
| | : | |
| WARDEN LARRY MYERS | : | APRIL 11, 2005 |

## MOTION TO FILE MEDICAL RECORDS UNDER SEAL

The defendants respectfully request to file the medical records of the plaintiff, which they intend to introduce as an exhibit to their Motion for Summary Judgment in this action claiming deliberate indifference to medical needs, under seal. Defendants recognize that this is an unusual motion. The plaintiff's health records, numbering over 1000 pages, contain mixed references to the subject of the instant lawsuit, care for the plaintiff's back and knees, with other references regarding numerous other issues, including mental health issues. It would be an extremely lengthy process and fraught with the potential for a mistake, to redact all of the other issues from plaintiff's medical records. In addition, the care the plaintiff has received on a number of issues has some bearing on his claim of deliberate indifference as to his knees and back.

In order to avoid any undue exposure of the plaintiff's health issues to the public eye, therefore, the defendants respectfully move this Court for an order permitting them to submit what will be Exhibit H to their Motion for Summary Judgment under seal.

Due to his incarceration, the defendants have not sought the position of the plaintiff with regard to this motion.

DEFENDANTS,
Warden Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct08575
E-Mail:  lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 11th day of April, 2005 to:

Lanny Marden, Inmate No. 181275
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Lynn D. Wittenbrink
　　　　　　　　　　　　　　　　　Assistant Attorney General

3