UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
|  | : | NO. 3:02CV570(RNC) |
| VS. | : |  |
|  | : |  |
| WARDEN LARRY MYERS | : | APRIL 13, 2005 |

## MOTION FOR SUMMARY JUDGMENT

     Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter respectfully move for summary judgment in their favor in this action brought pursuant to 42 U.S.C. § 1983. The defendants move for summary judgment first and foremost because the plaintiff does not have a sufficiently serious medical condition to constitute a § 1983 action. In addition, all of the defendants are entitled to qualified immunity as it was not clearly established that their conduct was unconstitutional and as reasonable persons could differ as to whether or not their conduct violated clearly established law, and move for summary judgment on that basis, all as set forth more fully in the attached Memorandum of Law, Local Rule 56(a)(1) Statement, Affidavits, medical records, and other Exhibits.

DEFENDANTS,
Warden Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL



BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct08575
E-Mail:  lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed to the following on this 13th day of April, 2005 to:

Lanny Marden, Inmate No. 181275
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071


___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General