UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| | : | NO. 3:02CV579(RNC) |
| VS. | : | |
| | : | |
| WARDEN LARRY MYERS | : | APRIL 13, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, **BARRY DRUMMOND, ET AL.**, have manually filed the following documents:

    A.    RT60

    B.    Portions of Inmate Master File

    C.    RT67

    D.    Northern Description

    E.    Administrative Segregation Program Description

    F.    Affidavit of Major Terence Rose

    G.    Plaintiff's Deposition

    J.    Northern Correctional Institution Handbook

    K.    Affidavit of Dr. Edward Blanchette

    L.    URC Reports

These documents have been filed electronically because:

[ X]     The documents cannot be converted to an electronic format.
[   ]     The electronic file size of the document exceeds 1.5 megabytes.
[   ]     The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[   ]     Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS,
Warden Larry Myers

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax no. (860) 808-5591
lynn.wittenbrink@po.state.ct.us


**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 13th day of April, 2005 to:

Lanny Marden, Inmate No. 181275
Osborn Correctional Institution
335 Bilton Road, PO Box 100
Somers, CT  06071


__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General