UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LANNY MARDEN

    v.                                                 PRISONER
                                                        Case No.    3:02CV570 (RNC) (WIG)

WARDEN MYERS, et al.

## RULING AND ORDER

The defendants seek extensions of time to file a motion for summary judgment. The Motion for Extension of Time [**doc. # 57**] until March 26, 2005, to file their motion for summary judgment is **GRANTED** absent objection. The Motion for Extension of Time [**doc. # 58**] until April 14, 2005, to file their motion for summary judgment is **GRANTED** absent objection. The defendants shall file their motion for summary judgment on or bef ore August 16, 2005.

SO ORDERED in Bridgeport, Connecticut, this   25th   of April, 2005.

                                                                 /s/ William I. Garfinkel
                                                                William I. Garfinkel
                                                                 United States Magistrate Judge