UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| *Plaintiff* | : | CIVIL NO. 3:02CV570 (RNC) (WIG) |
| V. | | |
| WARDEN LARRY MYERS, ET AL. | : | MAY 3, 2005 |
| *Defendants* | | |

**MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Local Rule 7 (b), the plaintiff respectfully requests an extension of the time within which he must serve a response to the defendants' Motion for Summary Judgment. The response currently is due May 5, 2005. The plaintiff requests that the time for serving a response be extended by sixty (60) days, up to and including July 5, 2005. In support of his request, the plaintiff submits the following.

1. The plaintiff, who is incarcerated, filed this action pro se with help from Inmates' Legal Assistance Program ("ILAP").

2. ILAP has a contract with the State of Connecticut to help inmates with civil legal matters dealing with the conditions of their confinement. The contract does not provide for the representation of male inmates before any court or administrative body. Therefore, the plaintiff

continues to represent himself in this matter.

3. On April 15, 2005, the defendants filed a Motion for Summary Judgment.

4. The plaintiff did not receive his copy of the defendants' motion until April 28, 2005. On that same day, he sent the motion and accompanying documents to ILAP.

5. ILAP received the motion and accompanying documents from the plaintiff on May 2, 2005, only three days prior to the end of the 21-day period for serving a response.          6. ILAP needs more time to review the voluminous exhibits attached the defendants' motion and to prepare a response.

7. Attorney Richard P. Cahill of ILAP inquired of the defendants' counsel, Assistant Attorney General Lynn D. Wittenbrink, who has no objection to the granting of this motion.

8. No previous motions for extension of time have been filed by the moving party with respect to the same limitation.

                                  THE PLAINTIFF

                                  /s/Lanny Marden
                                  Lanny Marden, Pro Se
                                  Inmate #181275
                                  Osborn Correctional Institution
                                  335 Bilton Road
                                  P.O. Box 100
                                  Somers, CT 06071

Although not appearing herein, the undersigned assisted in the preparation of this motion:

/s/Richard P. Cahill
Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 3rd day of May, 2005, to the following counsel of record:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

    /s/Lanny Marden
    Lanny Marden