UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LANNY MARDEN

    v.                                              PRISONER
                                                  Case No.    3:02CV570 (RNC) (WIG)

WARDEN MYERS, et al.

## RULING AND ORDER

The plaintiff seeks an extension of time to file a response to defendants' motion for summary judgment. The Motion for Extension of Time [**doc. # 66**] until July 5, 2005, to file a response to defendants' motion for summary judgment is **GRANTED** absent objection.

SO ORDERED in Bridgeport, Connecticut, this 10th day of June, 2005.

                                                                     /s/ William I. Garfinkel

                                                                     William I. Garfinkel
                                                                     United States Magistrate Judge