**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| *Plaintiff* | : | CIVIL NO. 3:02CV570 (RNC) (WIG) |
| | | |
| V. | | |
| | | |
| WARDEN LARRY MYERS, ET AL. | : | JUNE 30, 2005 |
| *Defendants* | | |

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Local Rule 7 (b), the plaintiff respectfully requests an extension of the time within which he must serve a response to the defendants' Motion for Summary Judgment. The plaintiff filed a previous motion requesting that the time for serving a response be extended by sixty (60) days, up to and including July 5, 2005.  He now requests that the time be extended by an additional fourteen (14) days, up to and including July 19, 2005. In support of his request, the plaintiff submits the following.

1.   The plaintiff, who is incarcerated, filed this action pro se with help from Inmates' Legal Assistance Program ("ILAP").

2.   ILAP has a contract with the State of Connecticut to help inmates with civil legal matters dealing with the conditions of their confinement. The contract does not provide for the

representation of male inmates before any court or administrative body. Therefore, the plaintiff continues to represent himself in this matter.

3.   On April 15, 2005, the defendants filed a Motion for Summary Judgment.

4.   In conjunction with their motion, the defendants filed hundreds of pages of exhibits, including 1,174 pages of the plaintiff's medical records.

5.   ILAP had anticipated that an additional 60 days would give it enough time to review all of the defendants' exhibits and prepare a response to the summary judgment motion.

6.   However, Attorney Richard P. Cahill of ILAP, who has been assisting the plaintiff in preparing a response, has been occupied recently with other matters and requires more time to thoroughly review the exhibits and complete the response.

7.   Attorney Cahill has prepared much of the response and expects that he can have it completed by July 19, 2005.

8.   Attorney Cahill inquired of the defendants' counsel, Assistant Attorney General Lynn D. Wittenbrink, who has no objection to the granting of this motion.

9.   One previous motion for extension of time has been filed by the moving party with respect to the same limitation.

THE PLAINTIFF


/s/Lanny Marden
Lanny Marden, Pro Se
Inmate #181275
Willard-Cybulski Correctional Institution
391 Shaker Road
Enfield, CT 06082




Although not appearing herein, the undersigned
assisted in the preparation of this motion:


/s/Richard P. Cahill
Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on

this 1st day of July, 2005, to the following counsel of record:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105


/s/Lanny Marden
Lanny Marden