## **LIST OF PLAINTIFF'S EXHIBITS**

1. Affidavit of Lanny Marden

2. Plaintiff's Response to Defendants' Interrogatories and Requests for Production

3. Kearney Response to Interrogatories

4. Inmate Request Forms and Grievances

5. Incident Report dated August 16, 1999

6. Affidavit of Joseph A. Mollo

7. Request for Religious Affiliation and Individual Smudging Agreement

8. Orthotics Instructions

9. Certificates from Tier I and Tier II substance abuse programs

10. Affidavit of Leticia Merulanda

11. Dr. Pesanti Response to Discovery Requests

12. Letter from Attorney Michael A. Rubino, Jr., dated November 4, 1999; letter from Assistant Attorney General Ann E. Lynch dated November 8, 1999

13. Report of Lt. Marc Alderucci dated November 12, 1999

14. Memo from Pat Wollenhaupt dated January 3, 2000

15. Memo from Pamela Shea dated January 4, 2000