UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| *Plaintiff* | : | CIVIL NO. 3:02CV570 (RNC) (WIG) |

V.

| | | |
|---|---|---|
| WARDEN LARRY MYERS, ET. AL | : | JULY 13, 2005 |
| *Defendants* | | |

## NOTICE OF MANUAL FILING

    Please take notice that the plaintiff, Lanny Marden, has manually filed the following documents:

    Exhibits 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14 and 15 to plaintiff's response to motion for summary judgment.

These documents have not been filed electronically because:

[X]  the documents cannot be converted to an electronic format
[ ]  the electronic file size of the documents exceeds 1.5 megabytes
[ ]  the documents are filed under seal pursuant to Local Rule of Civil Procedure 5 (d)
 or Local Rule of Criminal Procedure 57 (b)
[ ]  Plaintiff/Defendant is excused from filing these documents by Court order.

These documents have been manually served on all parties.

                              RESPECTFULLY SUBMITTED,
                              THE PLAINTIFF

                              /s/Lanny Marden
                              Lanny Marden, Pro Se
                              Inmate #181275
                              Willard-Cybulski Correctional Institution
                              391 Shaker Road
                              Enfield, CT 06082

Although not appearing herein, the undersigned
assisted in the preparation of this notice:

/s/Richard P. Cahill
Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 15th day of July, 2005, to the following counsel of record:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

    /s/Lanny Marden
    Lanny Marden