**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| *Plaintiff* | : | CIVIL NO. 3:02CV570 (RNC)(WIG) |

V.

| | | |
|---|---|---|
| WARDEN LARRY J. MYERS, ET AL. | | |
| *Defendants* | : | JUNE 28, 2005 |

### AFFIDAVIT OF LETICIA MARULANDA

1. I am older than the age of 18, and I understand and believe in the obligations of an oath.

2. I hold an M.D. degree from the Universidad de Cartagena in Colombia.

3. I practiced medicine in Colombia for three years prior to moving to the United States.

4. I am not licensed to practice medicine in the State of Connecticut or anywhere else in the United States.

5. I am currently employed as manager of the Maternal and Child Health Division of the City of Hartford Health and Human Services Department.

6. Scoliosis is a musculoskeletal disease in which there is a sideways curvature of the spine, or backbone.

7. Scoliosis may develop in the upper back (the thoracic area) or lower back (lumbar), but most commonly it develops in the area between the thoracic and lumbar area (thoracolumbar area).

8. Mild scoliosis, defined as a curvature less than 20 degrees, is not serious and requires no treatment other than monitoring.

9. If the curvature exceeds 70 degrees, however, the severe twisting of the spine can cause the ribs to press against the lungs, restrict breathing and reduce oxygen levels.

10. Eventually, if the curve reaches over 100 degrees, both the lungs and the heart can be injured.

11. An untreated discrepancy in leg length is one of the causes of lumbar scoliosis.

I, Leticia Marulanda, do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

/s/Leticia Marulanda  
Leticia Marulanda

Subscribed and sworn to before me this 28th day of June, 2005.

/s/Richard P. Cahill  
Richard P. Cahill,  
Commissioner of the Superior Court