**CERTIFICATION**

I hereby certify that copies of the foregoing exhibits were mailed, postage prepaid, to the following counsel and pro se parties of record on this 15th day of July, 2005:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

/s/Lanny Marden
Lanny Marden