UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| LANNY MARDEN, | : | 2005 NOV 30 A 9:42 |
| Plaintiff, | : | PRISONER |
| | : | CASE NO. 3:02 CV 570 (RNC) |
| V. | : | |
| WARDEN LARRY J. MYERS, ET AL., | : | |
| Defendants. | : | |

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge William I. Garfinkel for the following:

__X__ For all matters, including trial, as consented to by the parties in the attached consent forms;

____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

____ To supervise discovery and resolve discovery disputes;

____ To conduct early settlement conferences;

____ To conduct a pre-filing conference;

____ To assist the parties in preparing a joint trial memorandum;

____ A hearing on damages and attorney fees;

____ A ruling on the following pending motions: _____

So ordered.

Dated at Hartford, Connecticut this 30 day of November 2005.

Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JUL 01 2002

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| | : | CASE NO. 3:02CV570(GLG)(WIG) |
| V. | : | |
| WARDEN LARRY J. MYERS, ET AL | : | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

6-24-02
Date

_Lanny Marden_
Signature of Plaintiff(s)

Lanny Marden
Printed/Typed Name

_____
Date

_____
Signature of Defendant(s)

_____
Printed/Typed Name

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER (wig) |
| V. | : | CASE NO. 3:02CV570(~~RNC~~)(~~ ~~) |
| WARDEN LARRY J. MYERS, ET AL | : | FEBRUARY 9, 2005 |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____  _____
Date                     Signature of Plaintiff(s)

                         _____
                         Printed/Typed Name

2/9/05                   _/s/ Lynn D. Wittenbrink_
_____  _____
Date                     Signature of Defendant(s)

                         LYNN D. WITTENBRINK, ASST. ATTY. GEN'L
                         _____
                         Printed/Typed Name

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE. <u>DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.</u>