UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| | : | NO. 3:02CV579(RNC) |
| VS. | : | |
| | : | |
| WARDEN LARRY MYERS | : | APRIL 13, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, **WARDEN LARRY MYERS**, have manually filed the following documents:

- A. RT60
- B. Portions of Inmate Master File
- C. RT67
- D. Northern Description
- E. Administrative Segregation Program Description
- F. Affidavit of Major Terence Rose
- G. Plaintiff's Deposition
- J. Northern Correctional Institution Handbook
- K. Affidavit of Dr. Edward Blanchette
- L. URC Reports

These documents have been filed electronically because:

[ X]     The documents cannot be converted to an electronic format.
[   ]     The electronic file size of the document exceeds 1.5 megabytes.
[   ]     The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[   ]     Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

        DEFENDANTS,
Warden Larry Myers

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:\_\_\_/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax no. (860) 808-5591
lynn.wittenbrink@po.state.ct.us


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 13th day of April, 2006 to:

Lanny Marden, Inmate No. 181275
Osborn Correctional Institution
335 Bilton Road, PO Box 100
Somers, CT  06071


\_\_\_\_/s/_____
Lynn D. Wittenbrink
Assistant Attorney General