UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| *Plaintiff* | : | CIVIL NO. 3:02CV570 (RNC) (WIG) |

V.

| | | |
|---|---|---|
| WARDEN LARRY MYERS, ET. AL | : | MAY 2, 2006 |
| *Defendants* | | |

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff, Lanny Marden, has manually filed the following documents:

Exhibits 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14 and 15 to plaintiff's response to motion for summary judgment.

These documents have not been filed electronically because:

[X]  the documents cannot be converted to an electronic format
[ ]  the electronic file size of the documents exceeds 1.5 megabytes
[ ]  the documents are filed under seal pursuant to Local Rule of Civil Procedure 5 (d)
 or Local Rule of Criminal Procedure 57 (b)
[ ]  Plaintiff/Defendant is excused from filing these documents by Court order.

These documents have been manually served on all parties.

                    RESPECTFULLY SUBMITTED,
                    THE PLAINTIFF

                    /s/ Lanny Marden
                    Lanny Marden, Pro Se
                    Inmate #181275
                    Osborn Correctional Institution
                    335 Bilton Road
                    P.O. Box 100
                    Somers, CT 06071

Although not appearing herein, the undersigned assisted in the preparation of this notice:

/s/ Richard P. Cahill
Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 3rd day of May, 2006, to the following counsel of record:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

                                                          /s/ Lanny Marden
                                                          Lanny Marden