## **CERTIFICATION**

I hereby certify that copies of the foregoing exhibits were mailed, postage prepaid, to the following counsel and pro se parties of record on this 3rd day of May, 2006:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

    /s/ Lanny Marden
    Lanny Marden