UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER |
| *Plaintiff* | : | CIVIL NO. 3:02CV570 (WIG) |
| V. | | |
| WARDEN LARRY MYERS, ET AL. | | |
| *Defendants* | : | MAY 25, 2006 |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

The plaintiff respectfully requests leave to file the attached Supplemental Memorandum of Law in Opposition to Motion for Summary Judgment. In support of this request, the plaintiff states as follows:

1. The plaintiff filed this action pro se, with help from Inmates' Legal Assistance Program (ILAP).

2. On April 17, 2006, the defendants filed a Motion for Summary Judgment and a supporting memorandum of law.

3. On May 5, 2006, the plaintiff filed a Memorandum of Law in Opposition to Motion for Summary Judgment.

4. On May 11, 2006, the defendants filed a reply memorandum.

5. The plaintiff requests leave to file a supplemental memorandum of law in order that he might have an opportunity to respond to some of the arguments raised by the defendants in their reply memorandum.

6. Attorney Richard P. Cahill of ILAP inquired of the defendants' counsel, Assistant Attorney General Lynn D. Wittenbrink, who has no objection to the granting of this motion for leave.

WHEREFORE, the plaintiff respectfully requests that the Court grant this motion for leave to file the attached Supplemental Memorandum of Law in Opposition to Motion for Summary Judgment.

                              THE PLAINTIFF

                              /s/ Lanny Marden
                              Lanny Marden, Pro Se
                              Inmate #181275
                              Osborn Correctional Institution
                              335 Bilton Road
                              P.O. Box 100
                              Somers, CT 06071

Although not appearing herein, the undersigned
prepared this motion:

/s/ Richard P. Cahill
Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 26th day of May, 2006, to the following counsel of record:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

/s/ Lanny Marden
Lanny Marden