UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | | |
| v. | Case No. | PRISONER<br>3:02CV570 (RNC) (WIG) |
| WARDEN MYERS, et al. | | |

RULING AND ORDER

The plaintiff seeks leave to file a supplemental response to defendants' motion for summary judgment. The Motion for Leave [**doc. # 78**] is **GRANTED**. The Clerk is directed to docket the supplemental memorandum attached to plaintiff's motion for leave.

SO ORDERED in Bridgeport, Connecticut, this 16th day of October, 2006.

/s/ William I. Garfinkel

William I. Garfinkel
United States Magistrate Judge