UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LANNY MARDEN
*Plaintiff*

V.

WARDEN LARRY MYERS, ET. AL
*Defendants*

: PRISONER
: CIVIL NO. 3:02CV570 (WIG)

:

: OCTOBER 16, 2007

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff, Lanny Marden, has manually filed the following document:

Motion for Appointment of Counsel.

This document has not been filed electronically because:

[X] the document cannot be converted to an electronic format
[ ] the electronic file size of the documents exceeds 1.5 megabytes
[ ] the documents are filed under seal pursuant to Local Rule of Civil Procedure 5 (d) or Local Rule of Criminal Procedure 57 (b)
[ ] Plaintiff/Defendant is excused from filing these documents by Court order.

This document has been manually served on all parties.

THE PLAINTIFF

*Lanny Marden*
Lanny Marden, Pro Se
Inmate #181275
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

Although not appearing herein, the undersigned assisted in the preparation of this notice:

*Richard P. Cahill*
Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the 17th day of October, 2007, to the following counsel of record:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

                                                  Lanny Marden