UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Lanny Marden

V.                                    Case Number: 3:02cv570(WIG)

Larry Myers, et al

NOTICE TO COUNSEL/PRO SE PARTIES
--------------------

The above-entitled case was reported to the Court on 12/14/07 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 13, 2008. unless closing papers are filed on or before that date, or unless counsel and/or pro se parties report prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, December 17, 2007.


ROBIN D. TABORA, CLERK

By: __/s/_____
    Rody Jaiman
    Deputy Clerk