UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANNY MARDEN | : | PRISONER<br>CIVIL NO. 3:02CV0570 (WIG) |
| v. | : | |
| LARRY MYERS, ET AL. | : | NOVEMBER 16, 2007 |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this matter with prejudice and without an award of costs.

| DEFENDANTS, | THE PLAINTIFF, |
|---|---|
| Larry Myers, et al. | Lanny Marden |
| RICHARD BLUMENTHAL<br>ATTORNEY GENERAL | |

BY: _____  BY: _____
Lynn D. Wittenbrink             Lanny Marden, Inmate No. 181275
Assistant Attorney General      Corrigan-Radgowski Correctional Center
Federal Bar No. ct08575         986 Norwich-New London Turnpike
110 Sherman Street              Uncasville, CT 06382
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No. (860) 808-5591
E-mail: lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail to the following on this 17th day of December, 2007:

Lanny Marden, Inmate No. 181275
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

                                                   Lynn D. Wittenbrink
                                                   Assistant Attorney General